**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Cruz LOPEZ, Defendant—
Appellant.**

No. 02–50413.

D.C. No. CR–00–00066–VAP–3.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 16, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald L. Cheng, Christopher M. Brunwin, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jerry D. Whatley, Santa Barbara, CA, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

### MEMORANDUM**

Juan Cruz Lopez appeals his guilty-plea conviction and 120–month sentence for distributing more than 50 grams of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver, the appeal is **DISMISSED**. *See United States v. Nunez*, 223 F.3d 956, 959 (9th Cir.2000).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

